# United States Court of Appeals
## For the First Circuit

No. 05-2724

EMMANUEL JEAN,

Petitioner,

v.

ALBERTO GONZALES,
Attorney General of the United States,

Respondent.

ERRATA SHEET

The opinion of this Court issued on August 31, 2006 is amended as follows:

Page 8, line 7: Replace "cross-examination" with "cross examination"

Page 9, line 12: Replace "testimony" with "evidence"